IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MARCUS A. MURPHY,

           *Plaintiff*,

v.

DOUGLAS "DOUG" L. LAMBORN, in his official capacity,

           *Defendant*.

Case No. 1:21-cv-00071

**[PROPOSED] ORDER**

UPON CONSIDERATION OF the Motion to Dismiss ("Motion"), any opposition thereto, any reply in support, and the entire record herein, it is by the Court this ____ day of _____, 2021, ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Complaint filed by Marcus A. Murphy (Jan. 11, 2021) is hereby DISMISSED with prejudice.

           _____
           United States District Court Judge

Service to:    Marcus A. Murphy *(via the Court's Electronic Filing System)*

                  Office of General Counsel, U.S. House of Representatives (*via the Court's Electronic Filing System*)