IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-71-RM-NYW

MARCUS A. MURPHY,

    Plaintiff,
v.

DOUGLAS "DOUG" L. LAMBORN, in his official capacity as a U.S. House Representative (CO-5),

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (ECF No. 27) entered by United States District Judge Raymond P. Moore on February 15, 2022, it is

ORDERED that Plaintiff's Claims I, II, III, IV, and VII are dismissed without prejudice for lack of subject matter jurisdiction. It is

FURTHER ORDERED that Plaintiff's Claims V, VI, and VII are dismissed with prejudice for failure to state a claim upon which relief can be granted. It is

FURTHER ORDERED that each party shall bear his own costs and fees.

This case will be closed.

DATED February 15, 2022, at Denver, Colorado.

                        FOR THE COURT:

                        Jeffrey P. Colwell, Clerk

                        By:    s/L.Roberson
                                 Deputy Clerk